UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

      Plaintiff,

vs.                                                                                    ORDER

Wayne Robert Dahl, a/k/a Stu,

      Defendant.                             Crim. No. 05-302 (JNE/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 15] is denied.

                                                                     BY THE COURT:

DATED: December 1, 2005                     s/ Joan N. Ericksen
                                                                      Judge Joan N. Ericksen
                                                                      United States District Court